437 A.2d 1264

**Erik F. LAWSON, Jr., Appellant,**

v.

**John E. BOND, Individual and John E. Bond, Executor of the Estate of Helen L. Taylor, Deceased.**

Superior Court of Pennsylvania.

Argued Nov. 12, 1980.

Filed Dec. 11, 1981.

John A. Metz, Jr., Pittsburgh, for appellant.

Russell J. Ober, Jr., Pittsburgh, for appellees.

Before CAVANAUGH, WATKINS and HOFFMAN, JJ.

PER CURIAM:

This is an appeal from an order dismissing appellant's motion to remove a compulsory nonsuit. We cannot reach

the merits of appellant's contentions however, because the order has not been reduced to judgment and docketed. Accordingly, the appeal is premature and must be quashed. *Thomas M. Durkin & Sons, Inc. v. Nether Providence Township School Authority*, 291 Pa.Superior Ct. 102, 435 A.2d 1288 (1981); *Levin v. Desert Palace, Inc.*, 291 Pa.Superior Ct. 408, 435 A.2d 1292 (1981).

Appeal quashed.